UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TECH AND GOODS, INC.,

    Plaintiff,

v.

30 WATT HOLDINGS, LLC,

    Defendant.
                                       /

Case No. 2:18-cv-13516

HONORABLE STEPHEN J. MURPHY, III

## **ORDER REQUIRING JOINT STATUS REPORT**

In July 2020, the Court granted the parties' joint motion to extend deadlines for discovery, dispositive motions, the final pretrial conference, and trial. ECF 33. The Court adjourned the discovery deadline to September 15, 2020 and the dispositive motion deadline to October 14, 2020. *Id.* at 956. Because the discovery deadline has now passed, the Court will require the parties to submit a joint status report detailing their progress in discovery, their willingness to participate in alternative dispute resolution, and an anticipated timeline of when they will be prepared to engage in meaningful mediation.

**WHEREFORE**, it is hereby **ORDERED** that the parties shall **SUBMIT** the above-described joint status report no later than **September 29, 2020**.

    **SO ORDERED.**

                                        s/ Stephen J. Murphy, III
                                        STEPHEN J. MURPHY, III
                                        United States District Judge

Dated: September 22, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2020, by electronic and/or ordinary mail.

>s/ David P. Parker
>Case Manager