UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TECH AND GOODS, INC.,

        Plaintiff,

Case No. 2:18-cv-13516

HONORABLE STEPHEN J. MURPHY, III

v.

30 WATT HOLDINGS, LLC,

        Defendant.

_____/

**ORDER FOR MEDIATION**

At the Court's request, the parties filed a joint status report and explained that they completed fact discovery and are willing to participate in alternative dispute resolution. ECF 35. The Court will therefore refer the case to Mr. Patrick Seyferth for mediation.[1] The parties must participate in mediation no later than November 30, 2020.

**WHEREFORE**, it is hereby **ORDERED** that the case is **REFERRED** to Mr. Patrick Seyferth for mediation and settlement discussions.

**IT IS FURTHER ORDERED** that the parties must proceed in compliance with Local Rule 16.4. The mediation and settlement discussions shall occur no later than **November 30, 2020**. The parties shall contact Mr. Seyferth and provide him

---

[1] Patrick Seyferth is a private attorney, founding member of the firm Bush Seyferth, PLLC, and a highly skilled, experienced mediator. He can be reached at (248) 822-7802 and at Seyferth@bsplaw.com.

1

with a copy of this order as soon as practicable and **NOTIFY** the Court of the date of the mediation session once it is scheduled.

**IT IS FURTHER ORDERED** that Mr. Seyferth shall **NOTIFY** the Court within seven days of completion of mediation, stating only the "date of completion, who participated, whether settlement was reached, and whether further [alternative dispute resolution] proceedings are contemplated." E.D. Mich. LR 16.4(e)(6). If a settlement is reached, the parties shall **NOTIFY** the Court immediately upon completion of mediation and **SUBMIT** a proposed, stipulated order of dismissal within twenty-one days. *Id.* at 16.4(e)(7). If a settlement is not reached, the parties shall **NOTIFY** the Court within seven days of the completion of mediation.

SO ORDERED.

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: October 2, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 2, 2020, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager