UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TECH AND GOODS, INC.,

      Plaintiff,

Case No. 2:18-cv-13516

HONORABLE STEPHEN J. MURPHY, III

v.

30 WATT HOLDINGS, LLC,

      Defendant.

                              /

## **ORDER DISMISSING CASE WITHOUT PREJUDICE**

On November 16, 2020, the parties attended mediation with Mr. Patrick Seyferth. Mr. Seyferth informed the Court that the case was resolved during mediation. Because the case has settled, there is no longer a case or controversy before the Court. The Court will therefore dismiss the case without prejudice and require the parties to file their closing documents dismissing the case with prejudice no later than December 17, 2020.

**WHEREFORE**, it is hereby **ORDERED** that that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Parties shall **FILE** their closing documents dismissing the case with prejudice by **December 17, 2020**.

**SO ORDERED**.

                                              s/ Stephen J. Murphy, III
                                              STEPHEN J. MURPHY, III
                                              United States District Judge

Dated: November 24, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 24, 2020, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager
